

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Frankie Marie Miller, Individually and as Representative of the Estate of T.J. Miller, Appellant<br><br>No. 06-15-00059-CV        v.<br><br>John B. Mullen, M.D., and Titus Regional Medical Center, Appellees | Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. 36865).  Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating. |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant pay all costs of this appeal.

RENDERED JUNE 24, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk